FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 JUL 25 A 10: 33

BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

G.E. CAPITAL INFORMATION
TECHNOLOGY SOLUTIONS, INC.

VERSUS                                                CIVIL ACTION

ZACHARY PRINTING & OFFICE                             NO. 07-925-JVP-CN
SUPPLY, INC.

**JUDGMENT**

This matter is before the court on a motion for default judgment by plaintiff, G.E. Capital Information Technology Solutions, Inc. (doc. 13). Considering that defendant is not a minor or incompetent person, is not serving in any branch of the armed forces; and considering that defendant has been served (doc. 6), and has failed to answer or make any appearance; and considering that the Clerk of Court entered default on May 16, 2008 (doc. 12), the court concludes that judgment is appropriate pursuant to Fed.R.Civ.P. 55(b) and Local Rule 55.1.

Accordingly, judgment is hereby entered in favor of plaintiff, G.E. Capital Information Technology Solutions, Inc., and against defendant, Zachary Printing &

1

Office Supply, Inc., in the principal amount of $103,085.94, together with legal interest thereon, plus attorney fees in the amount of $25,000, along with costs of this action.

    Baton Rouge, Louisiana, July 25, 2008.

                                              JOHN V. PARKER
                                              UNITED STATES DISTRICT JUDGE
                                              MIDDLE DISTRICT OF LOUISIANA